**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| ADRIENNE DENISE FITTS | NO. 05-30963 |
| | JUDGE: Cox |
| DEBTORS | |

**NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATIONS**

As you know, our firm represents COUNTRYWIDE HOME LOANS in your Chapter 13 Case Number 05-30963. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan. Accordingly, any information with which you provide this office can and may be used to collect that debt.

I have been informed by my client that you have failed to make payments as required

| | | |
|---|---|---|
| August 1, 2008 – October 1, 2008 regular monthly payment(s) at $1501.59 each | = | $4,504.77 |
| August 1, 2008 – October 1, 2008 late charge(s) at $63.48 each | = | $190.44 |
| Less partial balance | = | ($184.43) |
| **TOTAL** | **=** | **$4,510.78** |

Respectfully submitted,

<u>      /s/ Marc G. Wagman      </u>
Attorney for COUNTRYWIDE HOME LOANS

Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Marc G. Wagman ARDC# 06282192
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**