```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 30963
   ADRIENNE DENISE FITTS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-4756

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/08/2005 and was confirmed 10/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
  creditors 100.00%.

     The case was paid in full 12/09/2008.
--------------------------------------------------------------------------------
  CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
  COUNTRYWIDE HOME LOANS I  CURRENT MORTG         .00              .00            .00
  COUNTRYWIDE HOME LOANS    MORTGAGE NOTI  NOT FILED              .00            .00
  WELLS FARGO BANK NA       MORTGAGE NOTI  NOT FILED              .00            .00
  COUNTRYWIDE HOME LOANS I  MORTGAGE ARRE    11628.63             .00        11628.63
  AMO RECOVERIES INC        UNSEC W/INTER  NOT FILED              .00            .00
  BALLYS TOTAL FITNESS ~    UNSEC W/INTER  NOT FILED              .00            .00
  BANK ONE                  UNSEC W/INTER  NOT FILED              .00            .00
  COMPUTER CREDIT SERVICES  UNSEC W/INTER  NOT FILED              .00            .00
  COMPUTER CREDIT SERVICES  UNSEC W/INTER  NOT FILED              .00            .00
  COTTAGE EMERGNECY PHYSIC  UNSEC W/INTER  NOT FILED              .00            .00
  PREMIER BANCARD CHARTER   UNSEC W/INTER      307.39           49.47         307.39
  GENESIS FINANCIAL SOLUTI  UNSEC W/INTER  NOT FILED              .00            .00
  BALLYS TOTAL FITNESS ~    NOTICE ONLY    NOT FILED              .00            .00
  GENESIS FINANCIAL SOLUTI  UNSEC W/INTER  NOT FILED              .00            .00
  GLOBAL PAYMENT            UNSEC W/INTER  NOT FILED              .00            .00
  HOME SAVINGS OF AMERICA   UNSEC W/INTER  NOT FILED              .00            .00
  JEWEL FOOD STORES         UNSEC W/INTER  NOT FILED              .00            .00
  JEWEL FOOD STORES         UNSEC W/INTER  NOT FILED              .00            .00
  JEWEL FOOD STORES         NOTICE ONLY    NOT FILED              .00            .00
  MCI                       UNSEC W/INTER  NOT FILED              .00            .00
  SUPERIOR AIR GROUND AMBU  UNSEC W/INTER      669.21          117.48         669.21
  TARGET STORES             UNSEC W/INTER  NOT FILED              .00            .00
  THOMAS J ORLOFF           NOTICE ONLY    NOT FILED              .00            .00
  TCF NATIONAL BANK         UNSEC W/INTER  NOT FILED              .00            .00
  JOEL A SCHECHTER          DEBTOR ATTY      1,909.00                         1,909.00
  TOM VAUGHN                TRUSTEE                                             999.38
  DEBTOR REFUND             REFUND                                               71.44

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 30963 ADRIENNE DENISE FITTS
```

```
TRUSTEE                              15,752.00

PRIORITY                                                       .00
SECURED                                                  11,628.63
UNSECURED                                                   976.60
   INTEREST                                                 166.95
ADMINISTRATIVE                                            1,909.00
TRUSTEE COMPENSATION                                        999.38
DEBTOR REFUND                                                71.44
                                 ----------------  ----------------
TOTALS                               15,752.00           15,752.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 03/05/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```